# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **PRSM II, L.L.C., HULEN POINTE RETAIL, L.L.C., AND TRI MARSH RETAIL, L.L.C,** | § § § § | |
| *Plaintiffs*, | § § | **CIVIL ACTION NO.** 3:17-cv-3088 |
| v. | § § | |
| **CHUBB CUSTOM INSURNACE COMPANY,** | § § § § | |
| *Defendant.* | § | |

## DEFENDANT CHUBB CUSTOM INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and Local Rule 81, Defendant Chubb Custom Insurance Company files this Notice of Removal and respectfully shows that diversity subject matter jurisdiction exists and removal is timely:

## I.
## REMOVAL IS TIMELY

1. On September 11, 2017, Plaintiffs filed their Original Petition in the matter styled *PRSM, L.L.C, et al. v. Chubb Custom Insurance Company*, Cause No. CC-17-04860-E, in County Court at Law No. 5 of Dallas County, Texas. A citation was issued on October 6, 2017. Chubb's registered agent was served with process on or about October 11, 2017.

2. Under federal law, "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. 28 § 1446(b)(1).

3. Chubb files this Notice of Removal within the thirty-day time period required by 28 U.S.C. § 1446(b). Accordingly, removal of this action is timely.

## II.
## DIVERSITY OF CITIZENSHIP

4. Removal is proper under 28 U.S.C. § 1332(a) because there is currently complete diversity of citizenship, and complete diversity existed on the date the state court case was filed.

5. Plaintiff PRSM II, L.L.C. is a Texas limited Liability Company with its principal place of business in Texas. PRSM's managing member is Robert J. Davis, who is a resident of and domiciled in Texas.

6. Hulen Pointe Retail, L.L.C. is a Texas limited liability company with its principal place of business in Texas. Hulen Pointe Retail's managing members are Boaz Avnery and Alto Real Estate Funds. Avnery is a resident of and domiciled in Texas. Alto is a series of closed-end funds and maintains its principal place of business in New York, New York. Upon information and belief, Alto is made up of entities incorporated under the laws of Delaware and/or New York.

7. Tri Marsh Retail, L.L.C. is a Texas limited liability company with its principal place of business in Texas. Tri Marsh Retail's managing member is Boaz Avnery. Avnery is a resident of and domiciled in Texas.

8. Defendant Chubb Custom Insurance Company is a New Jersey insurance company with its principal place of business in New Jersey.

9. Upon information and belief, and after a reasonable attempt to identify all of Plaintiffs' members, Chubb is diverse from all Plaintiffs.

### III.
### VENUE IS PROPER

10. Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division, under 28 U.S.C. §§ 124(a) and 1446(a), since it is the district and division within which such action is pending in state court.

### IV.
### AMOUNT IN CONTROVERSY

11. Plaintiffs are seeking "monetary relief over $100,000 but not more than $200,000, and nonmonetary relief." Therefore, the amount in controversy exceeds the $75,000.00 threshold required to invoke this Court's jurisdiction. 28 U.S.C. § 1332(a).

### V.
### REMOVAL IS PROCEDURALLY CORRECT

12. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, attached hereto is:

| Index of State Court Pleadings | | |
|---|---|---|
| **Exhibit** | **Description** | **Date Filed in State Court** |
| A | Docket Sheet from State Court | N/A |
| B | Civil Case Information Sheet | 9/11/2017 |
| C | Original Petition | 9/11/2017 |
| D | Notice of Dismissal Hearing | 9/14/2017 |
| E | Request for Service | 10/4/2017 |
| F | Blank Citation | 10/6/2017 |
| G | Original Answer | 11/3/2017 |
| H | Return of Service | 11/7/2017 |

13. Pursuant to Local Rule 81, Chubb is simultaneously filing a completed civil coversheet and a supplemental civil coversheet.

14. Pursuant to 28 U.S.C. § 1446(d), promptly after Chubb files this Notice of Removal, written notice of the filing will be given to Plaintiffs.

15. Pursuant to 28 U.S.C. § 1446(d), promptly after Chubb files this Notice of

Removal, a true and correct copy will be filed with the County Clerk of Dallas County.

## VI.
## RELIEF REQUESTED

16. Because the amount in controversy exceeds $75,000.00, and because complete diversity of citizenship exists as to Plaintiffs and Chubb, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 and the action is properly removed pursuant to 28 U.S.C. § 1441.

17. Defendant Chubb Custom Insurance Company respectfully requests that the United States District Court for the Northern District of Texas, Dallas Division, accept and file this Notice of Removal, assume jurisdiction of this action, and issue all such further orders and processes as may be necessary.

Respectfully submitted:

**COZEN O'CONNOR**

By: /s/ *Alicia G. Curran*
    Alicia G. Curran
    State Bar No. 12587500
    acurran@cozen.com
    Donnie M. Apodaca, II
    State Bar No. 24082632
    dapodaca@cozen.com
    1717 Main Street, Suite 3400
    Dallas, Texas 75201-7335
    Telephone:  (214) 462-3000
    Telecopier:  (214) 462-3299

**ATTORNEYS FOR**
**CHUBB CUSTOM INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This certifies that, on November 8th, 2017, a true copy of the foregoing was served on the following counsel of record pursuant to the Federal Rules of Civil Procedure as follows:

**VIA US MAIL**
John M. Frick
State Bar No. 07455200
jfrick@bennettweston.com
**BENNETT, WESTON LAJONE & TURNER P.C.**
1603 LBJ Freeway, Suite 280
Dallas, Texas 75234
Tel: 972.662.4901
Fax: 214.393.4043
*Attorney for Plaintiffs*

/s/ *Donnie M. Apodaca, II*
Donnie M. Apodaca, II