IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PRSM II, LLC, HULEN POINTE RETAIL, LLC, and TRI MARSH RETAIL, LLC, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| CHUBB CUSTOM INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) Civil Action No. 3:17-CV-3088-C |

## AGREED ORDER OF DISMISSAL

The Court having considered the parties' Joint Rule 41 Stipulation of Dismissal With Prejudice, filed July 25, 2018,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED WITH PREJUDICE**, with costs taxed against the party incurring same.

SO ORDERED this 26th day of July, 2018.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE